UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA BLANK, *as Administrator of the*
ESTATE OF ISADORE YARMAK,

        Plaintiff,

– *against* –

FLUSHING BANK and CAPITAL ONE BANK,

        Defendants.

**ORDER**

20 Civ. 10909 (ER)

RAMOS, D.J.

        On February 24, 2020, Plaintiff brought this action in New York Supreme Court against Flushing Bank and Capital One Bank ("Capital One"). *See* Doc. 1-1. On December 10, 2020, by stipulation, the claim against Capital One was severed from the claims asserted against Flushing Bank. Doc. 1 at 2. On December 24, 2020, Capital One removed the action to this Court. *Id.* On March 15, 2021, Capital One was voluntarily dismissed by stipulation. Doc. 14. Because Plaintiff's claim against Capital One was the only one before this Court, and that claim has now been dismissed, the Clerk of Court is respectfully directed to close this case.

Dated:   April 13, 2021
            New York, New York

                                              EDGARDO RAMOS, U.S.D.J.